THE PEOPLE OF THE STATE OF NEW YORK ex rel. EDWARD F. FLOOD, Appellant, *v.* JAMES J. MARTIN et al., Police Commissioners of the City of New York, Respondents.

*People ex rel. Flood* v. *Martin*, 15 Misc. Rep. 6, affirmed.
(Argued June 9, 1896; decided June 19, 1896.)

APPEAL from order of the General Term of the Superior Court of the city of New York, made December 18, 1895, which affirmed, on certiorari, the proceedings of the board of police commissioners of the city of New York in dismissing relator from the police force of the city.

*Louis J. Grant* for appellant.

*David J. Dean* for respondents.

Order affirmed, with costs; no opinion.
All concur.